

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE
ENVIRONMENTAL PROTECTION BUREAU

March 26, 2018

The Hon. John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   *State of New York, et al. v. Pruitt, et al.*, **Case No. 1:18-cv-00406-JGK**

Dear Judge Koeltl:

Pursuant to the Court's March 15, 2018 Order, the parties have conferred and agreed upon a schedule for summary judgment briefing, which is set forth below. The parties are continuing to explore other ways to resolve this matter, but have not been able to reach a resolution to date. The parties will notify the Court promptly should they agree on a resolution that obviates the need for motion practice.

<u>Summary Judgment Briefing Schedule</u>

| | |
|---|---|
| Plaintiffs' Motion for Summary Judgment | April 10 |
| Defendants' Response and/or Cross-Motion, if any | May 8 |
| Plaintiffs' Reply and/or Opposition to Cross-Motion, if any | May 22 |
| Defendants' Reply, if Defendants Cross-Move | May 31 |

Respectfully submitted,

/s/ Claiborne E. Walthall

Claiborne E. Walthall
Morgan A. Costello
Assistant Attorneys General
Counsel for Plaintiff State of New York

2

/s/ Jill Lacedonia

Jill Lacedonia
Assistant Attorney General
Counsel for Plaintiff State of Connecticut


/s/ Christine S. Poscablo

Christine S. Poscablo
U.S. Attorney's Office, SDNY
86 Chambers Street, 3rd Floor
New York, New York 10007
Counsel for Defendants